MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JONATHAN SCHMIDT (CABN 230646)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: schmidtjonathand@usdoj.gov

Attorneys for Plaintiff

**FILED**

OCT 1 9 2012

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> JAMES B. CATLEDGE ) <br> ) <br>    Defendant. ) <br> ) | No. CR 12-0678 MMC <br><br> STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |

    The parties appeared before Magistrate Judge Joseph C. Spero for arraignment on October 5, 2012. At that hearing, the Court set the initial appearance before U.S. District Court Judge Maxine M. Chesney for October 31, 2012. At the hearing, the parties also stipulated and the Court found that the Court should exclude time from October 5, 2012, to October 31, 2012, in calculating the time within which a trial must begin. Exclusion of time is appropriate because the case is complex. (18 U.S.C. § 3161(h)(7)(ii) & (iv)). This case is complex because it involves complicated financial transactions conducted over a period of several years and voluminous discovery.

//

Stip & Proposed Order Excluding Time
CR 11-0678 MMC

SO STIPULATED

Dated: October 16, 2012          MELINDA HAAG
                                 United States Attorney


                                          S/
                                 JONATHAN SCHMIDT
                                 Assistant United States Attorney


Dated  October 16, 2012                   S/
                                 DAVID Z. CHESNOFF
                                 Attorney for Defendant

[Proposed] ORDER

GOOD CAUSE APPEARING, and per the parties' stipulation, the time from October 5, 2012, to October 31, 2012, is excluded in calculating the time within which a trial must begin, on the grounds that the case is complex and for continuity of counsel (18 U.S.C. § 3161(h)(7)(ii) and (iv)).

IT IS SO ORDERED

Dated: 10/19/12                  JOSEPH C. SPERO
                                 United States Magistrate Judge

Stip & Proposed Order Excluding Time
CR 11-0678 MMC                     2