UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br><br>v.<br><br>JAMES B. CATLEDGE<br><br>Defendant(s). | Case No: CR-12-678<br><br>APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>PRO HAC VICE<br>(CIVIL LOCAL RULE 11-3)<br><br>AND ORDER THEREON |

I, David Z. Chesnoff, Esq., an active member in good standing of the bar of State of Nevada, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: James B. Catledge in the above-entitled action. My local co-counsel in this case is Ethan A. Balogh, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 520 South Fourth Street<br>Las Vegas, NV 89101 | 744 Montgomery Street, Fifth Floor<br>San Francisco, CA 94111 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (702) 384-5563 | (415) 391-0440 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| dzchesnoff@cslawoffice.net | eab@colemanbalogh.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2292.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/17/12

APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of David Z. Chesnoff, Esq. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 23, 2012

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER