UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Case No: CR-12-678 |
| --- | --- | --- |
| Plaintiff(s), | ) | APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3) |
| v. | ) | |
| JAMES B. CATLEDGE | ) | |
| Defendant(s). | ) | AND ORDER THEREON |

I, Saraliene S. Durrett, Esq._____, an active member in good standing of the bar of State of Nevada_____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: James B. Catledge_____ in the above-entitled action. My local co-counsel in this case is Ethan A. Balogh, Esq._____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
| --- | --- |
| 520 South Fourth Street<br>Las Vegas, NV 89101 | 744 Montgomery Street, Fifth Floor<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(702) 384-5563 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 391-0440 |
| MY EMAIL ADDRESS OF RECORD:<br>ssdurrett@cslawoffice.net | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>eab@colemanbalogh.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 11461_____.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/16/12

APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Saraliene S. Durrett, Esq._____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 23, 2012

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER