DAVID Z. CHESNOFF, ESQ.
Pro Hac Vice Application Pending
**RICHARD A. SCHONFELD, ESQ.**
California Bar No. #202182
**SARALIENE S. DURRETT, ESQ.**
Pro Hac Vice Application Pending
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563
**Attorneys for Defendant**
**James Catledge**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES CATLEDGE, ) <br> ) <br> Defendant. ) | CASE NO. 3:12-CR-678-MMC |

[PROPOSED] ORDER

This matter having come before the Court on the stipulation of the parties, and good cause appearing, the stipulation to continue the October 31, 2012, hearing is hereby **GRANTED**. This Court finds that a denial of this request would result in a miscarriage of justice because it would deprive Mr. Catledge the opportunity to consult with his lead counsel during the October 31, 2012, hearing. Further, this is a complex case because it involves complicated financial transactions conducted over a period of several years and voluminous discovery and time. **THEREFORE,**

**IT IS HEREBY ORDERED** that the hearing currently set for October 31, 2012, at the hour of 2:15 p.m. be VACATED and RESET to the ___7th___ day of November, 2012, at the hour of ___2:15___ p.m.

**IT IS FURTHER ORDERED** that the additional time requested in this Stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A) when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(ii) and 3161(h)(7)(B)(iv).

Dated this ___23rd___ day of October 2012.

*[signature]*

The Honorable Maxine Chesney
Senior District Judge

Respectfully Submitted,


___/s/ Richard A. Schonfeld___

RICHARD A. SCHONFELD