**DAVID Z. CHESNOFF, ESQ.**
Pro Hac Vice
**RICHARD A. SCHONFELD, ESQ.**
California Bar No. #202182
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563
Attorneys for Defendant, James Catledge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 3:12-CR-678-MMC |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| v. ) | NOVEMBER 20, 2013 HEARING |
| ) | AND |
| JAMES CATLEDGE, ) | ~~PROPOSED~~ ORDER |
| Defendant. ) | |

**IT IS HEREBY STIPULATED and AGREED** by and between Robert Rees, Assistant United States Attorney, and David Z. Chesnoff, Esq. and Richard A. Schonfeld, Esq., of the law firm of CHESNOFF & SCHONFELD, attorneys for Defendant James Catledge, that the hearing currently set for November 20, 2013, at the hour of 2:15 p.m. be VACATED and RESET to January 22, 2014, at 2:15 p.m., or to another time and date convenient to this Court.

**IT IS FURTHER STIPULATED AND AGREED** that this is a complex case because it involves complicated financial transactions conducted over a period of several years and voluminous discovery and time. Accordingly it is stipulated and agreed that the Court should exclude time from November 20, 2013, to January 22, 2014, in calculating the time within which a trial must begin on the grounds that the case is complex (18 U.S.C. § 3161(h)(7)(B)(ii) & (iv)).

This Stipulation is entered into for the following reasons:

1. AUSA Robert Rees was assigned to the instant case within the last ten days and has replaced AUSA Jonathan Schmidt who has gone into private practice;

2. Discovery in this matter is voluminous;

3. A delay in the Status Hearing will allow Mr. Rees to become familiar with the evidence in the instant case, so that Mr. Rees and the undersigned defense counsel can meaningfully interact prior to the next status hearing;

4. Assistant United States Attorney Robert Rees has no objection to this request.

A denial of this request would result in a miscarriage of justice because it would deprive the parties of adequate time to review the evidence and prepare for trial. Therefore, the parties now request that this Court vacate the current hearing, reset it to a date and time convenient to this Court, and find that the time between November 20, 2013, and the new hearing date is excluded for purposes of the Speedy Trial Act.

**DATED** this 18th day of November, 2013.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| /s/ Robert Rees | /s/ David Z. Chesnoff |
| ROBERT REES, ESQ. | DAVID Z. CHESNOFF, ESQ. |
| Assistant United States Attorney | RICHARD A. SCHONFELD, ESQ. |
| 450 Golden Gate Avenue | California Bar No. #202182 |
| 11th Floor | 520 South Fourth Street |
| San Francisco, California 94102 | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Attorney for Defendant |

DAVID Z. CHESNOFF, ESQ.
Pro Hac Vice
RICHARD A. SCHONFELD, ESQ.
California Bar No. #202182
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563
Attorneys for Defendant, James Catledge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:12-CR-678-MMC |
| Plaintiff, | |
| v. | |
| JAMES CATLEDGE, | |
| Defendant. | |

[~~PROPOSED~~] ORDER

This matter having come before the Court on the stipulation of the parties, and good cause appearing, the stipulation to continue the November 20, 2013, hearing is hereby **GRANTED**. This Court finds that a denial of this request would result in a miscarriage of justice because it would deprive the parties adequate time to review the evidence and prepare for trial. Further, this is a complex case because it involves complicated financial transactions conducted over a period of several years and voluminous discovery and time. **THEREFORE,**

**IT IS HEREBY ORDERED** that the hearing currently set for November 20, 2013, at the hour of 2:15 p.m. be VACATED and RESET to the ___22nd___ day of January, 2014, at the hour of ___2:15___ p.m.

**IT IS FURTHER ORDERED** that the additional time requested in this Stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A) when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(ii)3161(h)(7)(B)(iv).

DATED this ___19th___ day of November, 2013.

_____
The Honorable Maxine Chesney
Senior District Judge

Respectfully Submitted,

/s/ David Z. Chesnoff
**DAVID Z. CHESNOFF, ESQ.**