**DAVID Z. CHESNOFF, ESQ.**
Pro Hac Vice
**RICHARD A. SCHONFELD, ESQ.**
California Bar No. #202182
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563
Attorneys for Defendant, James Catledge

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CASE NO. 3:12-CR-678-MMC** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **JAMES CATLEDGE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## [PROPOSED] ORDER

This matter having come before the Court on the stipulation of the parties, and good cause appearing, the stipulation to continue the March 19, 2014, hearing is hereby **GRANTED**. This Court finds that a denial of this request would result in a miscarriage of justice because it would deprive the parties adequate time to review the evidence and prepare for trial. Further, this is a complex case because it involves complicated financial transactions conducted over a period of several years and voluminous discovery and time. **THEREFORE,**

**IT IS HEREBY ORDERED** that the hearing currently set for March 19, 2014, at the hour of 2:15 p.m. be VACATED and RESET to the ___2nd___ day of April, 2014, at the hour of _____2:15 p_.m.

**IT IS FURTHER ORDERED** that the additional time requested in this Stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A) when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(ii)3161(h)(7)(B)(iv).

DATED this __18th___ day of March, 2014.

The Honorable Maxine Chesney
Senior District Judge

Respectfully Submitted,

/s/ David Z. Chesnoff
**DAVID Z. CHESNOFF, ESQ.**