1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division

4  ROBERT DAVID REES (CABN 229441)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7210
7       FAX: (415) 436-7234
        Email: robert.rees@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,           ) CR 12-0678 MMC
                                         )
                                         ) ORDER APPROVING
15 |        Plaintiff,                   )
                                         ) STIPULATION ~~AND [PROPOSED] ORDER~~ TO
                                         ) CONTINUE BRIEFING SCHEDULE AND
16 |    v.                               ) HEARING
                                         )
17 | JAMES CATLEDGE,                     )
                                         )
18 |        Defendant.                   )

19      The parties are currently set for a hearing on the defendant's further motion to dismiss the

20 indictment on April 29, 2015 at 2:15PM before this honorable court. The United States' response to that

21 motion is currently due on April 1, 2015 and the defendant's reply on April 15, 2015. As indicated by

22 undersigned government counsel at the setting of that schedule and hearing, he was likely to have been

23 in a lengthy trial during most of the time in which the government was given an opportunity to respond.

24 Indeed, undersigned government counsel was in a two month trial that concluded last week, leaving

25 insufficient time adequately to prepare a response to the defendant's motion. Accordingly, with the

26 approval of the Court, and for good cause shown, the parties stipulate and agree to continue the hearing

27 and briefing schedule as follows: The government's response to the motion shall be due on April 15,

28 2015 and the defendant's reply shall be due on April 29, 2015. Also with the approval of the Court, the

STIPULATION TO CONTINUE
CR 12-0678 MMC

1 | parties hereby stipulate and agree to continue the hearing on the motion to May 27, 2015 at 2:15PM.

3 | IT IS SO STIPULATED

5 | DATED:  April 1, 2015                    MELINDA HAAG
                                             United States Attorney

7 |                                          _____/s_____
                                             ROBERT DAVID REES
                                             Assistant United States Attorney

10 | DATED:  April 1, 2015                   _____/s_____
                                             DAVID Z. CHESNOFF, ESQ.
                                             Counsel for defendant James Catledge

13 |                                [PROPOSED] ORDER

14 | For the good cause stated above, IT IS HEREBY ORDERED that the government's response to the defendant's further motion to dismiss the indictment shall be due on April 15, 2015, the defendant's reply shall be due on April 29, 2015 and the hearing on the motion is continued to May 27, 2015 at 2:15PM.

20 | DATED:  April 1, 2015                   *(signature)*
                                             HON. MAXINE M. CHESNEY
                                             UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE
CR 12-0678 MMC