IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-12-0678 MMC |
| Plaintiff, | **ORDER DENYING AS MOOT MOTION FOR RELIEF UNDER CRIME VICTIMS' RIGHTS ACT** |
| v. | |
| JAMES B. CATLEDGE and DEREK F.C. ELLIOTT, | |
| Defendants. | |

Before the Court is the "Motion for Relief Under the Crime Victim's Rights Act 18 U.S.C. § 3771," filed February 29, 2016, by Jaclinn Pullman ("Pullman"), and the government's timely response thereto, filed March 9, 2016.  Having read and considered the papers filed in support of and in response to the motion, the Court rules as follows.

In her motion, Pullman seeks an order requiring the government to advise her if it "has entered into a non-prosecution agreement or any type of agreement with any individual or entity associated with the Maxim brand at the time it was used to induce victims, including Pullman, to purchase the Ponzi scheme at issue in this case."  (See Mot. at 1-2.)  In its response, the government has provided Pullman with the information she has requested, specifically, by stating it does not have "any plea or other agreements with Maxim or the other related entities identified in . . . Pullman's motion in relation to the

above-captioned case." (See Response at 2:2-4.)

According, Pullman having been provided with the information she seeks, the motion is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated:  March 18, 2016

_____
MAXINE M. CHESNEY
United States District Judge