DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
Admitted Pro Hac Vice
RICHARD A. SCHONFELD, ESQ.
California Bar No. #202182
ROBERT Z. DEMARCO, ESQ.
Nevada Bar No. 12359
Admitted Pro Hac Vice
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563
Attorneys for Defendant, James Catledge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 3:12-CR-678-MMC |
| Plaintiff, ) | |
| ) | |
| JAMES CATLEDGE, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION TO CONTINUE TRIAL AND AUGUST 10, 2016
STATUS/SCHEDULING CONFERENCE AND [PROPOSED] ORDER**

(Second Request to Continue Trial - Third Request to Continue Status/Scheduling Conference)

IT IS HEREBY STIPULATED and AGREED by and between Robert Rees, Esq., and Andrew Huang, Esq., Assistant United States Attorneys, and David Z. Chesnoff, Esq., Richard A. Schonfeld, Esq., and Robert Z. DeMarco, Esq., of the law firm of Chesnoff & Schonfeld, attorneys for Defendant James Catledge, that the Status/Scheduling Conference currently scheduled for August 10, 2016 at 2:15 p.m. in this matter be vacated and reset to a time and date convenient to this Honorable Court, not prior to January 16, 2017.

**IT IS FURTHER STIPULATED AND AGREED** that the Pretrial Conference scheduled for October 11, 2016 at 10:00 a.m. in this matter be vacated and reset to a time and date convenient to this Honorable Court, not prior to August 21, 2017.

**IT IS FURTHER STIPULATED AND AGREED** that the trial in this matter currently scheduled for October 24, 2016 at the hour of 9:00 a.m., be vacated and reset to not prior to September 18, 2017.

This Stipulation is entered into for the following reasons:

1. There has been a delay in the parties taking the foreign deposition of Thomas Uehli, which the government has previously agreed on the record is a material witness in this case. The defense is awaiting an update from the government regarding said deposition which will impact the scheduling in this case;

2. The government is in the process of providing significant additional discovery to the defense;

3. Additionally, denial of this request for a continuance would result in a miscarriage of justice;

4. For the above-stated reasons, the ends of justice would best be served by a continuance of said hearings and trial;

5. The additional time requested in this Stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(D) and 3161(h)(7)(A) when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(I) and 3161(h)(7)(B)(iv);

6. This is the second request for continuance of the trial by the parties. This is the third request to continue the Status/Scheduling Conference hearing by the parties currently set for August 10, 2016.

**DATED** this 8th day of August, 2016.

| UNITED STATES ATTORNEYS | CHESNOFF & SCHONFELD |
|---|---|
| //s// | //s// |
| **ROBERT REES, ESQ.** | **DAVID Z. CHESNOFF, ESQ.** |
| **ANDREW HUANG, ESQ.** | Admitted Pro Hac Vice |
| Assistant United States Attorneys | **RICHARD A. SCHONFELD, ESQ.** |
| 450 Golden Gate Avenue | California Bar No. #202182 |
| 11th Floor | **ROBERT Z. DEMARCO, ESQ.** |
| San Francisco, California 94102 | Admitted Pro Hac Vice |
| Attorneys for Plaintiff | 520 South Fourth Street |
| | Las Vegas, Nevada 89101 |
| | Attorneys for Defendant James Catledge |

### FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. There has been a delay in the parties taking the foreign deposition of Thomas Uehli, which the government has previously agreed on the record is a material witness in this case. The defense is awaiting an update from the government regarding said deposition which will impact the scheduling in this case;

2. The government is in the process of providing significant additional discovery to the defense;

3. Additionally, denial of this request for a continuance would result in a miscarriage of justice;

4. For the above-stated reasons, the ends of justice would best be served by a continuance of said hearings and trial;

5. The additional time requested in this Stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(D) and 3161(h)(7)(A) when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(I) and 3161(h)(7)(B)(iv);

6. This is the second request for continuance of the trial by the parties. This is the third request to continue the Status/Scheduling Conference hearing by the parties currently set for August 10, 2016.

///

## ORDER

IT IS HEREBY ORDERED that the Status/Scheduling Conference of the within matter currently scheduled for August 10, 2016, shall commence on the  1st  day of February , 2017 , at the hour of  2:15  p.m.

IT IS FURTHER ORDERED that the Pretrial Conference of the within matter currently scheduled for October 11, 2016, shall commence on the  12th  day of December , 2017 , at the hour of  10:00  a.m.

IT IS FURTHER ORDERED that the trial of the within matter currently scheduled for October 24, 2016, shall be and is hereby vacated and the trial shall commence on the  16th  day of  January , 2018 , at the hour of  9:00  a.m.

IT IS FURTHER ORDERED that the additional period of time granted pursuant to this Order is determined to be excludable and excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(D), and 3161(h)(7)(A).

**IT IS SO ORDERED.**

DATED this 9th day of  August , 2016.

*[signature]*
THE HONORABLE MAXINE CHESNEY
SENIOR DISTRICT COURT JUDGE

Respectfully Submitted by:

//s//
**DAVID Z. CHESNOFF, ESQ.**
Admitted Pro Hac Vice
**RICHARD A. SCHONFELD, ESQ.**
California Bar No. #202182
**ROBERT Z. DEMARCO, ESQ.**
Admitted Pro Hac Vice