DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
Admitted Pro Hac Vice
RICHARD A. SCHONFELD, ESQ.
California Bar No. #202182
ROBERT Z. DEMARCO, ESQ.
Nevada Bar No. 12359
Admitted Pro Hac Vice
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563
Attorneys for Defendant, James Catledge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) CASE NO. 3:12-CR-678-MMC
Plaintiff, )
)
v. )
)
JAMES CATLEDGE, )
)
Defendant. )
_____)

**STIPULATION TO CONTINUE HEARING ON GOVERNMENT'S MOTION TO TAKE DEPOSITION OF THOMAS UEHLI (ECF #171) AND [PROPOSED] ORDER**

(First Request)

**IT IS HEREBY STIPULATED and AGREED** by and between Robert Rees, Esq., and Andrew Huang, Esq., Assistant United States Attorneys, and David Z. Chesnoff, Esq., Richard A. Schonfeld, Esq., and Robert Z. DeMarco, Esq., of the law firm of Chesnoff & Schonfeld, attorneys for Defendant James Catledge, that the hearing on the Government's Motion to Take Deposition of Thomas Uehli (ECF #171) currently scheduled for September 21, 2016 at 2:15 p.m. in this matter be vacated and reset to September 28, 2016 at 2:15 p.m.

This Stipulation is entered into for the following reasons:

1. Counsel for James Catledge has a scheduling conflict with the hearing currently scheduled for September 21, 2016 at 2:15 p.m. Specifically, Counsel Chesnoff has a previously arranged meeting with the Chairman of the Nevada Gaming Control Board on September 21, 2016. Multiple parties are attending this meeting and it has been difficult to get a date when the Chairman is in Las Vegas and those attending are all available. Counsel Chesnoff also has a medical appointment in Los Angeles, California on September 23, 2016, as well as a meeting with out of State counsel in the matter of *State of California v. Robert Durst*. Moreover, Counsel Schonfeld will be in a week long evidentiary hearing that is scheduled to begin the week of September 19, 2016;

2. The government agrees to this short continuance;

3. This is the first request to continue the Government's Motion to Take Deposition of Thomas Uehli (ECF #171), currently scheduled for September 21, 2016 at 2:15 p.m.;

///

///

4. For the above-stated reasons, the ends of justice would best be served by a continuance of said hearing.

DATED this 12th day of September, 2016.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| //s// | //s// |
| **ROBERT REES, ESQ.** | **DAVID Z. CHESNOFF, ESQ.** |
| **ANDREW HUANG, ESQ.** | Admitted Pro Hac Vice |
| Assistant United States Attorneys | **RICHARD A. SCHONFELD, ESQ.** |
| 450 Golden Gate Avenue | California Bar No. #202182 |
| 11th Floor | **ROBERT Z. DEMARCO, ESQ.** |
| San Francisco, California 94102 | Admitted Pro Hac Vice |
| Attorneys for Plaintiff | 520 South Fourth Street |
| | Las Vegas, Nevada 89101 |
| | Attorneys for Defendant James Catledge |

CASE NO. 3:12-CR-678-MMC

**FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER**

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for James Catledge has a scheduling conflict with the hearing currently scheduled for September 21, 2016 at 2:15 p.m. Specifically, Counsel Chesnoff has a previously arranged meeting with the Chairman of the Nevada Gaming Control Board on September 21, 2016. Multiple parties are attending this meeting and it has been difficult to get a date when the Chairman is in Las Vegas and those attending are all available. Counsel Chesnoff also has a medical appointment in Los Angeles, California on September 23, 2016, as well as a meeting with out of State counsel in the matter of *State of California v. Robert Durst*. Moreover, Counsel Schonfeld will be in a week long evidentiary hearing that is scheduled to begin the week of September 19, 2016;

2. The government agrees to this short continuance;

3. This is the first request to continue the Government's Motion to Take Deposition of Thomas Uehli (ECF #171), currently scheduled for September 21, 2016 at 2:15 p.m.;

4. For the above-stated reasons, the ends of justice would best be served by a continuance of said hearing.

///

CASE NO. 3:12-CR-678-MMC

## ORDER

Based on the foregoing Stipulation, and with good cause appearing,

**IT IS HEREBY ORDERED** that the Government's Motion to Take Deposition of Thomas Uehli (ECF #171), currently scheduled for September 21, 2016, at the hour of 2:15 p.m., shall be vacated and reset to September 28, 2016 at the hour of 2:15 p.m.

**IT IS SO ORDERED.**

DATED this 13th day of September, 2016.

*Maxine M. Chesney*
THE HONORABLE MAXINE CHESNEY
SENIOR DISTRICT COURT JUDGE

Respectfully Submitted by:

//s//
**DAVID Z. CHESNOFF, ESQ.**
Nevada Bar No. 2292
Admitted Pro Hac Vice
**RICHARD A. SCHONFELD, ESQ.**
California Bar No. #202182
**ROBERT Z. DEMARCO, ESQ.**
Nevada Bar No. 12359
Admitted Pro Hac Vice
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563
Attorneys for Defendant, James Catledge