**DAVID Z. CHESNOFF, ESQ.**
Nevada Bar No. 2292
Admitted Pro Hac Vice
**RICHARD A. SCHONFELD, ESQ.**
California Bar No. #202182
**ROBERT Z. DEMARCO, ESQ.**
Nevada Bar No. 12359
Admitted Pro Hac Vice
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563
Attorneys for Defendant, James Catledge

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> JAMES CATLEDGE, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 3:12-CR-678-MMC |

**STIPULATION TO CONTINUE HEARING ON THE GOVERNMENT'S MOTION FOR DEPOSITION OF THOMAS UEHLI AND [PROPOSED] ORDER**

**IT IS HEREBY STIPULATED and AGREED** by and between Robert Rees, Esq., and Andrew Huang, Esq., Assistant United States Attorneys, and David Z. Chesnoff, Esq., Richard A. Schonfeld, Esq., and Robert Z. DeMarco, Esq., of the law firm of Chesnoff & Schonfeld, attorneys for Defendant James Catledge, that the continued hearing on the government's Motion for Deposition of Thomas Uehli, currently scheduled for November 30, 2016 at 2:15 p.m. in this matter be vacated and reset to a date and time convenient to this Honorable Court, preferably January 18, 2017 at 2:15 p.m.

This Stipulation is entered into for the following reasons:

1. The parties are continuing to try and resolve the issues regarding a potential stipulation for the deposition of Thomas Uehli;

2. For the above-stated reasons, the ends of justice would best be served by a continuance of said hearing;

3. The additional time requested in this Stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(D) and 3161(h)(7)(A) when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(I) and 3161(h)(7)(B)(iv);

4. This is the first request to reschedule the continued hearing on the Government's Motion for Deposition of Thomas Uehli.

**DATED** this 29th day of November, 2016.

| UNITED STATES ATTORNEYS | CHESNOFF & SCHONFELD |
|---|---|
| //s// Robert Rees | //s// Robert DeMarco |
| **ROBERT REES, ESQ.** | **DAVID Z. CHESNOFF, ESQ.** |
| **ANDREW HUANG, ESQ.** | Admitted Pro Hac Vice |
| Assistant United States Attorneys | **RICHARD A. SCHONFELD, ESQ.** |
| 450 Golden Gate Avenue | California Bar No. #202182 |
| 11th Floor | **ROBERT Z. DEMARCO, ESQ.** |
| San Francisco, California 94102 | Admitted Pro Hac Vice |
| Attorneys for Plaintiff | 520 South Fourth Street |
| | Las Vegas, Nevada 89101 |
| | Attorneys for Defendant James Catledge |

### FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties are continuing to try and resolve the issues regarding a potential stipulation for the deposition of Thomas Uehli;

2. For the above-stated reasons, the ends of justice would best be served by a continuance of said hearing;

3. The additional time requested in this Stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(D) and 3161(h)(7)(A) when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(I) and 3161(h)(7)(B)(iv);

4. This is the first request to reschedule the continued hearing on the Government's Motion for Deposition of Thomas Uehli.

## ORDER

**IT IS HEREBY ORDERED** that the continued hearing on the Government's Motion for Deposition of Thomas Uehli of the within matter currently scheduled for November 30, 2016, shall commence on the 18th day of January, 2017, at the hour of 2:15 p.m.

**IT IS FURTHER ORDERED** that the additional period of time granted pursuant to this Order is determined to be excludable and excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(D), and 3161(h)(7)(A).

**IT IS SO ORDERED.**

**DATED** this 29th day of November, 2016.

_____
**THE HONORABLE MAXINE CHESNEY**
**SENIOR DISTRICT COURT JUDGE**

Respectfully Submitted by:

//s// Robert DeMarco
**DAVID Z. CHESNOFF, ESQ.**
Admitted Pro Hac Vice
**RICHARD A. SCHONFELD, ESQ.**
California Bar No. #202182
**ROBERT Z. DEMARCO, ESQ.**
Admitted Pro Hac Vice