IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAMES B. CATLEDGE and DEREK F.C. ELLIOTT,<br>Defendants. | Case No. 12-cr-00678-MMC-1<br>**ORDER GRANTING IN PART AND DEFERRING RULING IN PART ON JACLINN PULLMAN'S MOTION FOR RELIEF; SETTING BRIEFING SCHEDULE** |

Before the Court is the "Motion for Relief Under the Crime Victim's Rights Act 18 U.S.C. § 3771," filed March 1, 2018, by Jaclinn Pullman ("Pullman"), an asserted victim of the crimes with which the above-named defendants have been charged. Having read and considered the motion, the Court rules as follows:

1. To the extent the motion seeks an order allowing Pullman to file a supplement to her previously-filed objections to the terms contained in defendant Derek F.C. Elliott's ("Elliott") plea agreement,[1] the motion is hereby GRANTED. Any such supplement shall be filed no later than two weeks prior to the date of Elliott's sentencing.[2]

2. To the extent the motion seeks additional relief, specifically, an order

---

[1] By order filed November 21, 2014, the Court construed Pullman's filing of October 2, 2014, as her objections to certain of the terms in said plea agreement, and stated it would consider those objections, as well as those filed by other asserted crime victims, at the time the Court considers whether to accept the plea agreement.

[2] The Court has not yet set the date on which Elliott will be sentenced. As Pullman notes, a status conference regarding Elliott's sentence has been scheduled for April 20, 2018.

establishing various procedures to be followed in the event defendant James Catledge enters into a plea agreement with the United States, the Court DEFERS ruling thereon in order to afford the United States and Catledge the opportunity to respond to the motion. In that regard, the Court sets the following briefing:

    a. No later than March 16, 2018, the United States shall file any opposition or other response to Pullman's motion.

    b. No later than March 16, 2018, Catledge shall file any opposition or other response to Pullman's motion.

    c. No later than March 30, 2018, Pullman shall file any reply.

    d. As of March 30, 2018, unless the parties are otherwise advised, the Court will take the deferred portion of Pullman's motion under submission.

**IT IS SO ORDERED.**

Dated: March 2, 2018

_____
MAXINE M. CHESNEY
United States District Judge