ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    lloyd.farnham @ usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:12-CR-00678 MMC |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CHANGE OF PLEA HEARING |
| JAMES CATLEDGE, | |
| Defendant. | |

**STIPULATION**

The parties jointly request that the Change of Plea or Status Hearing currently set for Friday, April 27, 2018 at 11 a.m. be continued to Wednesday, May 2, 2018, at 1:30 p.m. The parties request this continuance based on the availability of defendant's counsel, and to provide the Court an opportunity to review the proposed agreement prior to the hearing. As with other hearings in this matter, the government will notify victims in advance of any change of plea hearing set by the Court.

In addition, the parties seek to move the deadline for the filing of motions in limine by three days, one day past the proposed change of plea hearing, because a change of plea would eliminate the

STIPULATION AND PROPOSED ORDER
3:12-CR-00678 MMC

need to file these motions.  The motions are currently due on April 30, 2018.  The parties propose the following amended and shortened schedule:

Motions in limine to be filed by: May 3, 2018, 4:00 p.m.

Oppositions to motions in limine: May 8, 2018, 4:00 p.m.

In the event that no resolution is reached, the parties anticipate proceeding with the pretrial conference on May 15, 2018 and the trial on June 4, 2018.

DATED: April 26, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

    /s/ Lloyd Farnham
ROBERT REES
LLOYD FARNHAM
Assistant United States Attorney


    /s/ Robert DeMarco
DAVID Z. CHESNOFF, ESQ. (Pro Hac Vice)
RICHARD A. SCHONFELD, ESQ.
    (Cal. Bar No. 202182)
ROBERT Z. DEMARCO, ESQ. (Pro Hac Vice)
CHESNOFF & SCHONFELD
Attorneys for Defendant, James Catledge

## [PROPOSED] ORDER

For the reasons stated above, and for good cause, the Court grants the above stipulated request of the parties, and continues the change of Plea or Status Hearing to Wednesday, May 2, 2018, at 1:30 p.m., and extends the deadline to file motions in limine to May 3, 2018, by 4:00 p.m., and the deadline to file any opposition to such motions to May 8, 2018, by 4:00 p.m.

DATED:  April 26, 2018

HON. MAXINE M. CHESNEY
United States District Judge

STIPULATION AND PROPOSED ORDER
3:12-CR-00678 MMC