IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 12-cr-00678-MMC-1 |
|---|---|
| Plaintiff, | **ORDER DENYING JACLINN PULLMAN'S MOTION FOR ORDER TO BE ISSUED TO DEPARTMENT TO JUSTICE** |
| v. | |
| JAMES B. CATLEDGE and DEREK F.C. ELLIOTT, | |
| Defendants. | |

The Court is in receipt of Jaclinn Pullman's ("Pullman") "Motion for an Order to be Issued to Direct the Department of Justice to Take Steps to Include All Victims in a Restitution Order," filed October 5, 2018.[1] Having read and considered the motion, the Court hereby rules as follows.

Pullman states she recently received from the Department of Justice a form titled "Victim Impact Statement" (see Pullman Decl. ¶ 3, Ex. B), and requests the Court order the government to "submit the 2012 Victim Impact Statements to the Court along with a list of victims' names to be filed on Pacer" (see Mot. at 2:4-7).[2] According to Pullman, the form she recently received indicates the government no longer considers her to be a crime victim and that it does not plan to submit her claimed loss when it seeks an award of restitution.[3]

---

[1]Pullman asserts she is a victim of the crimes with which the above-referenced defendants have been charged.

[2]It appears Pullman completed a 2012 Victim Impact Statement and set forth her claimed financial loss therein.

[3]In past filings, the government has recognized Pullman as a victim. (See, e.g., United States' Response, filed March 16, 2018, at 2:17-26.)

As the event on which Pullman relies is insufficient to demonstrate the government no longer considers her a victim, and, indeed, the deadline for the government to submit its showing as to restitution has not yet passed, the Court finds the requested relief is not necessary at this time.

Accordingly, Pullman's motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: October 15, 2018

MAXINE M. CHESNEY
United States District Judge