IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES B. CATLEDGE and DEREK F.C. ELLIOTT,<br><br>Defendants. | Case No. 12-cr-00678-MMC<br><br>**ORDER DIRECTING CLERK TO FILE DOCUMENTS UNDER SEAL AND TO SERVE PARTIES WITH DOCUMENTS** |

The Court is in receipt of a letter, submitted by Vernon Ferguson on November 13, 2018, in which he argues his claimed loss should be included in any order of restitution the Court issues.[1] Attached to the letter are a number of pages of exhibits, some of which contain financial account numbers.

As financial account numbers are not properly filed in the public record, subject to certain exceptions inapplicable to the instant matter, see Fed. R. Crim P. 49.1(a)-(b), the Clerk of Court is hereby DIRECTED to file under seal the exhibits to the letter, see Fed. R. Crim P. 49.1(d). The Clerk is further DIRECTED to serve copies of the exhibits on counsel for each of the parties to the above-titled action.

**IT IS SO ORDERED.**

Dated: November 14, 2018

MAXINE M. CHESNEY
United States District Judge

---

[1] According to Vernon Ferguson, the United States has identified him as a victim of the crimes with which the above-referenced defendants have been charged.