IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES B. CATLEDGE and DEREK F.C. ELLIOTT,<br><br>    Defendants. | Case No. 12-cr-00678-MMC<br><br>**ORDER DIRECTING CLERK TO FILE EXHIBIT UNDER SEAL** |

    The Court is in receipt of a letter dated January 15, 2019, submitted by Susan Barber ("Barber"), who asserts she is a victim of the crimes for which defendant James Catledge has been convicted. In her letter, which she has served by mail on counsel for all parties in the above-titled action, Barber asserts she is entitled to an award of restitution in the amount of $812, 297.27. Attached to the letter are two exhibits, the first of which, denominated Exhibit A, contains a financial account number.

    As financial account numbers are not properly filed in the public record, subject to certain exceptions not applicable to the instant matter, see Fed. R. Crim P. 49.1(a)-(b), the Clerk of Court is hereby DIRECTED to file under seal the above-referenced exhibit, see Fed. R. Crim P. 49.1(d).

    **IT IS SO ORDERED.**

Dated: January 24, 2019

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge