IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 12-cr-00678-MMC-1 |
|---|---|
| Plaintiff, | **ORDER RE: JACLINN PULLMAN'S REQUEST FOR COURT TO RULE ON MOTION** |
| v. | |
| JAMES B. CATLEDGE and DEREK F.C. ELLIOTT, | Re: Dkt. No. 324 |
| Defendants. | |

The Court is in receipt of "Crime Victim Jaclinn Pullman's ["Pullman"] Request," filed February 15, 2019, "for the Court to Rule on Her CVRA Motion [Doc.] 291 Filed December 6, 2018 and Amended January 23, 2019." In the motion referenced therein, Pullman seeks a finding that she and certain other persons are entitled to an order of restitution from defendant James B. Catledge.

The Court has scheduled a hearing on the issue of restitution for February 27, 2019, at 10:00 a.m. To the extent Pullman requests that the Court rule on her motion at the hearing, the request is hereby GRANTED, and to the extent Pullman may be requesting such ruling be made in advance of the hearing, the request is hereby DENIED.

**IT IS SO ORDERED.**

Dated: February 19, 2019

MAXINE M. CHESNEY
United States District Judge