IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES B. CATLEDGE and DEREK F.C. ELLIOTT,<br><br>  Defendants. | Case No. 12-cr-00678-MMC-1<br><br>**ORDER RE: JACLINN PULLMAN'S REQUEST TO APPEAR TELEPHONICALLY AT FEBRUARY 27, 2019, HEARING** |

Before the Court is Jaclinn Pullman's ("Pullman") "Request for the Court to Allow Her to Appear Telephonically at the February 27, 2019 Hearing."[1]

By order filed March 27, 2014, the Court denied Pullman's request to appear at all future proceedings by video tele-conferencing "in light of certain practical considerations weighing against the adoption of such procedure in the instant case." (See Order, filed March 27, 2014, at 2:24-27.) These considerations remain and are similarly applicable to a telephonic appearance.

Accordingly, the request to appear telephonically is hereby DENIED.

The Court has read and carefully considered all of Pullman's filings, however, and, on February 27, 2019, intends to pose questions to both counsel as to a number of the arguments and statements made therein.

**IT IS SO ORDERED.**

Dated: February 25, 2019

MAXINE M. CHESNEY
United States District Judge

---

[1] Pullman is an asserted victim of the crimes for which defendants have been convicted.