IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAMES B. CATLEDGE and DEREK F.C. ELLIOTT,<br>Defendant. | Case No. 12-cr-00678-MMC-1<br><br>**ORDER DIRECTING CLERK TO FILE EXHIBIT UNDER SEAL AND TO SERVE PARTIES WITH COPY OF EXHIBIT** |

The Court is in receipt of a letter dated July 16, 2019,[1] submitted by Jerry Harris ("Harris"), who asserts he is a victim of the crimes for which the above-named defendants have been convicted. In his letter, Harris asserts he is entitled to an award of restitution in the amount of $182,812.50. Attached to the letter are a number of exhibits, the last page of which contains a financial-account number.

As financial-account numbers, with various exceptions not applicable to the instant matter, are not properly filed in the public record, see Fed. R. Crim P. 49.1(a)-(b), the Clerk of Court is hereby DIRECTED to file under seal the above-referenced page, see Fed. R. Crim P. 49.1(d), and to serve the parties with a copy thereof.

**IT IS SO ORDERED.**

Dated: July 26, 2019

MAXINE M. CHESNEY
United States District Judge

---

[1] Although the letter is dated "July 16, 2018," it would appear from its content it was written in 2019.