U.S. v. Catledge, et al.
Restitution Schedule

Columns B through J redacted

| Line ID | Final Restitution |
|---|---:|
| 1 | $ 137,528.72 |
| 2 | 141,000.00 |
| 3 | 141,000.00 |
| 4 | 48,961.79 |
| 5 | 110,952.20 |
| 6 | 80,000.00 |
| 7 | 45,650.00 |
| 8 | 30,923.44 |
| 9 | 22,275.00 |
| 10 | 9,375.00 |
| 11 | 253,125.00 |
| 12 | 20,000.00 |
| 13 | 23,991.08 |
| 14 | 21,128.90 |
| 15 | 208,000.00 |
| 16 | 46,955.56 |
| 17 | 272,643.61 |
| 18 | 328,647.09 |
| 19 | 101,904.40 |
| 20 | 23,765.63 |
| 21 | 22,656.26 |
| 22 | 225,844.38 |
| 23 | 86,133.33 |
| 24 | 60,000.00 |
| 25 | 22,500.00 |
| 26 | 30,000.00 |
| 27 | 20,000.00 |
| 28 | 80,000.00 |
| 29 | 43,640.64 |
| 30 | 27,000.00 |
| 31 | 37,767.92 |
| 32 | 28,550.00 |
| 33 | 10,546.88 |
| 34 | 45,703.14 |
| 35 | 106,953.32 |
| 36 | 30,000.00 |
| 37 | 30,844.44 |
| 38 | 10,000.00 |
| 39 | 207,942.20 |
| 40 | 56,600.00 |
| 41 | 71,184.37 |
| 42 | 8,000.00 |
| 43 | 167,537.30 |
| 44 | 9,910.72 |
| 45 | 65,764.53 |
| 46 | 120,418.88 |

| | A | K |
|---|---|---|
| 1 | U.S. v. Catledge, et al. | |
| 2 | Restitution Schedule | |
| 3 | Columns B through J redacted | |
| 4 | Line ID | Final Restitution |
| 51 | 47 | 35,329.78 |
| 52 | 48 | 169,247.00 |
| 53 | 49 | 125,307.50 |
| 54 | 50 | 13,218.75 |
| 55 | 51 | 9,955.08 |
| 56 | 52 | 255,836.30 |
| 57 | 53 | 19,921.88 |
| 58 | 54 | 54,843.77 |
| 59 | 55 | 56,250.00 |
| 60 | 56 | 221,487.39 |
| 61 | 57 | 14,584.00 |
| 62 | 58 | 15,000.00 |
| 63 | 59 | 63,281.28 |
| 64 | 60 | 225,660.53 |
| 65 | 61 | 46,700.00 |
| 66 | 62 | 18,000.00 |
| 67 | 63 | 37,061.44 |
| 68 | 64 | 21,000.00 |
| 69 | 65 | 241,000.00 |
| 70 | 66 | 118,770.00 |
| 71 | 67 | 63,450.00 |
| 72 | 68 | 84,750.00 |
| 73 | 69 | 80,000.00 |
| 74 | 70 | 45,597.65 |
| 75 | 71 | 50,900.00 |
| 76 | 72 | 233,267.00 |
| 77 | 73 | 26,000.00 |
| 78 | 74 | 20,000.00 |
| 79 | 75 | 41,710.95 |
| 80 | 76 | 163,997.00 |
| 81 | 77 | 37,500.00 |
| 82 | 78 | 1,002,050.00 |
| 83 | 79 | 56,250.00 |
| 84 | 80 | 60,681.25 |
| 85 | 81 | 84,905.55 |
| 86 | 82 | 123,548.26 |
| 87 | 83 | 8,000.00 |
| 88 | 84 | 44,250.00 |
| 89 | 85 | 40,500.00 |
| 90 | 86 | 136,406.38 |
| 91 | 87 | 53,718.25 |
| 92 | 88 | 58,151.00 |
| 93 | 89 | 192,812.50 |
| 94 | 90 | 12,971.75 |
| 95 | 91 | 182,173.75 |
| 96 | 92 | 26,437.50 |
| 97 | 93 | 54,933.18 |

| | A | K |
|---|---|---|
| 1 | U.S. v. Catledge, et al. | |
| 2 | Restitution Schedule | |
| 3 | Columns B through J redacted | |
| 4 | **Line ID** | **Final Restitution** |
| 98 | 94 | 43,000.00 |
| 99 | 95 | 113,906.28 |
| 100 | 96 | 103,125.00 |
| 101 | 97 | 78,306.50 |
| 102 | 98 | 97,470.75 |
| 103 | 99 | 40,000.00 |
| 104 | 100 | 103,468.70 |
| 105 | 101 | 25,312.50 |
| 106 | 102 | 100,000.00 |
| 107 | 103 | 322,753.96 |
| 108 | 104 | 15,115.56 |
| 109 | 105 | 168,186.82 |
| 110 | 106 | 270,000.00 |
| 111 | 107 | 108,421.89 |
| 112 | 108 | 108,421.89 |
| 113 | 109 | 13,350.00 |
| 114 | 110 | 141,120.00 |
| 115 | 111 | 56,745.00 |
| 116 | 112 | 26,437.50 |
| 117 | 113 | 25,313.00 |
| 118 | 114 | 30,937.50 |
| 119 | 115 | 31,640.64 |
| 120 | 116 | 56,250.00 |
| 121 | 117 | 241,735.41 |
| 122 | 118 | 91,422.19 |
| 123 | 119 | 28,341.66 |
| 124 | 120 | 92,421.92 |
| 125 | 121 | 4,166.00 |
| 126 | 122 | 75,000.00 |
| 127 | 123 | 136,687.50 |
| 128 | 124 | 73,257.04 |
| 129 | 125 | 37,590.82 |
| 130 | 126 | 24,750.00 |
| 131 | 127 | 10,393.25 |
| 132 | 128 | 20,000.00 |
| 133 | 129 | 28,125.00 |
| 134 | 130 | 35,968.75 |
| 135 | 131 | 251,700.00 |
| 136 | 132 | 115,312.50 |
| 137 | 133 | 222,750.11 |
| 138 | 134 | 75,000.00 |
| 139 | 135 | 94,000.00 |
| 140 | 136 | 16,000.00 |
| 141 | 137 | 62,178.02 |
| 142 | 138 | 76,000.00 |
| 143 | 139 | 51,000.00 |

Case 3:12-cr-00678-MMC   Document 478-1   Filed 09/30/20   Page 4 of 8

|   | A | K |
|---|---|---|
| 1 | U.S. v. Catledge, et al. | |
| 2 | Restitution Schedule | |
| 3 | Columns B through J redacted | |
| 4 | **Line ID** | **Final Restitution** |
| 144 | 140 | 10,000.00 |
| 145 | 141 | 356,942.19 |
| 146 | 142 | 9,751.12 |
| 147 | 143 | 395,015.63 |
| 148 | 144 | 194,000.00 |
| 149 | 145 | 89,859.38 |
| 150 | 146 | 216,417.20 |
| 151 | 147 | 176,906.22 |
| 152 | 148 | 30,000.00 |
| 153 | 149 | 46,651.29 |
| 154 | 150 | 9,250.00 |
| 155 | 151 | 271,687.50 |
| 156 | 152 | 58,858.42 |
| 157 | 153 | 220,000.00 |
| 158 | 154 | 172,163.72 |
| 159 | 155 | 25,644.37 |
| 160 | 156 | 125,000.00 |
| 161 | 157 | 12,262.50 |
| 162 | 158 | 69,910.16 |
| 163 | 159 | 204,937.60 |
| 164 | 160 | 28,000.00 |
| 165 | 161 | 145,000.00 |
| 166 | 162 | 80,000.00 |
| 167 | 163 | 369,108.02 |
| 168 | 164 | 71,836.06 |
| 169 | 165 | 217,290.49 |
| 170 | 166 | 30,000.00 |
| 171 | 167 | 331,091.67 |
| 172 | 168 | 20,000.00 |
| 173 | 169 | 9,000.00 |
| 174 | 170 | 270,041.11 |
| 175 | 171 | 51,500.00 |
| 176 | 172 | 110,000.00 |
| 177 | 173 | 42,873.62 |
| 178 | 174 | 16,651.65 |
| 179 | 175 | 332,015.86 |
| 180 | 176 | 50,513.51 |
| 181 | 177 | 222,250.00 |
| 182 | 178 | 56,250.00 |
| 183 | 179 | 10,000.00 |
| 184 | 180 | 33,600.00 |
| 185 | 181 | 205,289.06 |
| 186 | 182 | 20,000.00 |
| 187 | 183 | 168,750.00 |
| 188 | 184 | 17,500.00 |
| 189 | 185 | 56,388.76 |
| 190 | 186 | 139,766.63 |
| 191 | 187 | 193,000.00 |

Page 4 of 8

|  | A | K |
|---|---|---|
| 1 | U.S. v. Catledge, et al. | |
| 2 | Restitution Schedule | |
| 3 | Columns B through J redacted | |
| 4 | **Line ID** | **Final Restitution** |
| 192 | 188 | 10,500.00 |
| 193 | 189 | 34,500.00 |
| 194 | 190 | 36,666.67 |
| 195 | 191 | 83,900.00 |
| 196 | 192 | 135,055.00 |
| 197 | 193 | 125,000.00 |
| 198 | 194 | 247,375.00 |
| 199 | 195 | 110,000.00 |
| 200 | 196 | 156,000.00 |
| 201 | 197 | 67,900.00 |
| 202 | 198 | 44,203.05 |
| 203 | 199 | 140,625.00 |
| 204 | 200 | 95,200.00 |
| 205 | 201 | 35,000.00 |
| 206 | 202 | 26,700.00 |
| 207 | 203 | 551,255.00 |
| 208 | 204 | 50,000.00 |
| 209 | 205 | 10,546.88 |
| 210 | 206 | 20,000.00 |
| 211 | 207 | 17,370.00 |
| 212 | 208 | 113,300.00 |
| 213 | 209 | 208,587.55 |
| 214 | 210 | 15,018.26 |
| 215 | 211 | 37,500.00 |
| 216 | 212 | 240,898.44 |
| 217 | 213 | 120,000.00 |
| 218 | 214 | 100,000.00 |
| 219 | 215 | 17,300.00 |
| 220 | 216 | 27,279.99 |
| 221 | 217 | 73,000.00 |
| 222 | 218 | 195,426.93 |
| 223 | 219 | 36,500.00 |
| 224 | 220 | 88,125.00 |
| 225 | 221 | 56,250.00 |
| 226 | 222 | 49,293.05 |
| 227 | 223 | 78,046.86 |
| 228 | 224 | 62,964.84 |
| 229 | 225 | 30,546.88 |
| 230 | 226 | 14,062.50 |
| 231 | 227 | 29,100.00 |
| 232 | 228 | 28,125.00 |
| 233 | 229 | 206,626.95 |
| 234 | 230 | 97,962.50 |
| 235 | 231 | 127,427.00 |
| 236 | 232 | 77,074.73 |
| 237 | 233 | 20,507.80 |
| 238 | 234 | 21,094.00 |

|   | A | K |
|---|---|---|
| 1 | U.S. v. Catledge, et al. | |
| 2 | Restitution Schedule | |
| 3 | Columns B through J redacted | |
| 4 | **Line ID** | **Final Restitution** |
| 239 | 235 | 269,515.00 |
| 240 | 236 | 14,063.00 |
| 241 | 237 | 28,125.00 |
| 242 | 238 | 46,000.00 |
| 243 | 239 | 22,080.00 |
| 244 | 240 | 10,000.00 |
| 245 | 241 | 166,862.50 |
| 246 | 242 | 28,125.00 |
| 247 | 243 | 143,500.00 |
| 248 | 244 | 47,136.34 |
| 249 | 245 | 22,616.45 |
| 250 | 246 | 81,354.00 |
| 251 | 247 | 133,125.00 |
| 252 | 248 | 320,957.44 |
| 253 | 249 | 43,217.88 |
| 254 | 250 | 20,260.95 |
| 255 | 251 | 56,250.00 |
| 256 | 252 | 120,240.00 |
| 257 | 253 | 126,800.00 |
| 258 | 254 | 72,214.76 |
| 259 | 255 | 15,000.00 |
| 260 | 256 | 1,120,656.47 |
| 261 | 257 | 45,000.00 |
| 262 | 258 | 44,143.46 |
| 263 | 259 | 63,844.73 |
| 264 | 260 | 63,844.73 |
| 265 | 261 | 187,671.20 |
| 266 | 262 | 97,700.00 |
| 267 | 263 | 126,585.22 |
| 268 | 264 | 16,000.00 |
| 269 | 265 | 22,000.00 |
| 270 | 266 | 84,375.00 |
| 271 | 267 | 56,250.00 |
| 272 | 268 | 375,000.00 |
| 273 | 269 | 182,812.50 |
| 274 | 270 | 84,375.00 |
| 275 | 271 | 175,572.08 |
| 276 | 272 | 24,190.30 |
| 277 | 273 | 50,402.00 |
| 278 | 274 | 28,800.00 |
| 279 | 275 | 8,400.00 |
| 280 | 276 | 116,343.33 |
| 281 | 277 | 109,897.76 |
| 282 | 278 | 19,594.10 |
| 283 | 279 | 10,000.00 |
| 284 | 280 | 35,726.00 |
| 285 | 281 | 42,354.89 |

|   | A | K |
|---|---|---|
| 1 | U.S. v. Catledge, et al. | |
| 2 | Restitution Schedule | |
| 3 | Columns B through J redacted | |
| 4 | **Line ID** | **Final Restitution** |
| 286 | 282 | 10,546.88 |
| 287 | 283 | 125,499.00 |
| 288 | 284 | 53,210.43 |
| 289 | 285 | 105,468.80 |
| 290 | 286 | 80,660.00 |
| 291 | 287 | 50,626.00 |
| 292 | 288 | 61,380.00 |
| 293 | 289 | 12,656.25 |
| 294 | 290 | 30,000.00 |
| 295 | 291 | 10,000.00 |
| 296 | 292 | 100,000.00 |
| 297 | 293 | 13,000.00 |
| 298 | 294 | 250,930.62 |
| 299 | 295 | 133,531.25 |
| 300 | 297 | 9,880.00 |
| 301 | 298 | 20,220.80 |
| 302 | 299 | 97,000.00 |
| 303 | 300 | 66,552.37 |
| 304 | 301 | 158,546.88 |
| 305 | 302 | 192,000.00 |
| 306 | 303 | 130,976.33 |
| 307 | 304 | 26,000.00 |
| 308 | 305 | 34,375.00 |
| 309 | 306 | 162,635.72 |
| 310 | 307 | 30,440.64 |
| 311 | 308 | 116,000.00 |
| 312 | 309 | 21,094.00 |
| 313 | 310 | 12,720.00 |
| 314 | 311 | 140,763.00 |
| 315 | 312 | 55,500.00 |
| 316 | 313 | 325,000.00 |
| 317 | 314 | 42,400.00 |
| 318 | 315 | 166,127.50 |
| 319 | 316 | 10,546.88 |
| 320 | 317 | 40,000.00 |
| 321 | 318 | 17,625.00 |
| 322 | 319 | 96,665.62 |
| 323 | 320 | 79,830.00 |
| 324 | 321 | 87,500.00 |
| 325 | 322 | 77,905.81 |
| 326 | 323 | 93,182.50 |
| 327 | 324 | 279,141.20 |
| 328 | 325 | 9,447.22 |
| 329 | 326 | 20,000.00 |
| 330 | 327 | 20,000.00 |
| 331 | 328 | 7,155.00 |

U.S. v. Catledge, et al.
Restitution Schedule

Columns B through J redacted

| Line ID | Final Restitution |
|---|---:|
| 329 | 100,000.00 |
| 330 | 12,656.25 |
| 331 | 9,626.10 |
| 332 | 62,125.00 |
| 333 | 14,062.50 |
| 334 | 42,187.50 |
| 335 | 196,900.00 |
| 336 | 28,125.00 |
| 337 | 48,125.00 |
| 338 | 88,797.17 |
| 339 | 75,754.62 |
| 340 | 14,062.50 |
| 341 | 48,000.00 |
| 342 | 69,000.00 |
| 343 | 18,750.00 |
| 344 | 42,187.50 |
| 345 | 28,125.00 |
| 346 | 18,750.00 |
| 347 | 30,000.00 |
| 348 | 12,500.00 |
| 349 | 14,062.50 |
| 350 | 10,610.00 |
| 351 | 36,600.00 |
| 352 | 12,656.25 |
| 353 | 98,607.00 |
| 354 | 10,000.00 |
| 355 | 138,472.23 |
| 356 | 103,537.50 |
| 357 | 19,195.33 |
| 358 | 110,675.00 |
| 359 | 12,656.25 |
| 360 | 170,828.12 |
| 361 | 20,361.25 |
|  | $ 32,928,333.02 |