IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES B. CATLEDGE and DEREK F.C. ELLIOTT,<br><br>Defendants | Case No. 12-cr-00678-MMC-1<br><br>**ORDER DENYING BRIAN DAVIS' REQUEST FOR RESTITUTION AWARD** |

Before the Court is a request, filed March 17, 2022, by Brian Davis ("Davis"), by which Davis seeks to "add [his] loss to the restitution judgment." According to Davis, he invested $40,000 in the Maxim Bungalows at Cofresi and incurred a loss of $32,000. Having read and considered the request, which the Court construes as a request to amend the judgment imposed against defendant Derek F.C. Elliott ("Elliott"),[1] the Court rules as follows.

In support of his request, Davis relies on Rule 36 of the Federal Rules of Criminal Procedure. Although "[a] court generally may not correct or modify a [judgment] once it has been imposed," Rule 36 provides that a judgment can be modified for the limited purpose of correcting "clerical mistakes." See United States v. Penna, 319 F.3d 509, 511, 513 (9th Cir. 2003). Here, the operative judgment against Elliott is the Amended Judgment filed September 30, 2020, attached to which is a Restitution Schedule listing

---

[1] At a hearing conducted February 27, 2019, the Court found defendant James Catledge, based on the terms of his Plea Agreement, was not required to pay restitution to "Cofresi" investors. (See Transcript of Proceedings, February 27, 2019, at 90:8-13.)

the victims to whom Elliott has been ordered to pay restitution, all such individuals having submitted a claim form prior to September 30, 2020, the date on which the Amended Judgment was entered.

Davis's letter and the exhibits attached thereto do not establish his submission of a claim form prior to such date, or, for that matter, at any time, nor has Davis otherwise shown his omission from the Restitution Schedule was the result of a clerical error.

According, Davis's request is hereby DENIED.

**IT IS SO ORDERED.**

Dated: March 29, 2022

_____
MAXINE M. CHESNEY
United States District Judge